IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| Douglas Koch, | : | |
| --- | --- | --- |
| Plaintiff | : | Civil Action 2:08-cv-01127 |
| v. | : | Judge Frost |
| Franklin County, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

## Discovery Conference Order

On February 4, 2010, counsel for the parties participated in a discovery conference with the Magistrate Judge.

Defendants' counsel related the following. At plaintiff Douglas Koch's deposition, he could not remember the names of his medical providers. He also testified about a log he kept regarding actionable events at the Jail. He said that it was not kept contemporaneously but compiled from source documents. Following the deposition, defendants' counsel served interrogatories and requests for production of documents seeking the names of his medical providers, any records from them, and the source documents for the log. On February 1, plaintiff served responses to the supplemental interrogatories.

During the conference, plaintiff's counsel said that the source documents for the logs were letters Koch mailed to his Dad. Those had been copies and provided to defense counsel with the initial disclosures. (The "log" may just be copies of those letters.) Plaintiff's counsel will double-check with his client to make sure he has, as counsel believes, in fact turned over all such documents.

Defense counsel asserts that plaintiff has not provided a list of his medical providers or records from them. Plaintiff's counsel, who is co-counsel, not the trial attorney and had only an hour or so notice of the telephone conference, said he was unprepared to address this issue. He did say that plaintiff is willing to provide any medical records he may have. He is also willing to give a release. Plaintiff's attorney will get back to defendants' attorney by the close of business February 5 to let her know the status of the medical provider discovery.

s/Mark R. Abel<br>
United States Magistrate Judge